Dena R. Thaler, Esq.
SBN: 75125
LAW OFFICES OF
DENA R. THALER
405 - 14th Street, Suite 511
Oakland, California 94612-2705
Tel: (510) 465-8782
Fax: (510) 444-4294

Attorney for Secured Creditor
THOMAS JAMES KILLIAN

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:                                            Case No.: 09-49576

MYRIAN VIN,                                       Chapter:   13

                Debtor(s).          /

REQUEST FOR SPECIAL NOTICE

MYRIAN VIN hereby requests that special notice of all proceedings in this matter including, but not limited to Motions for Relief, Adversary Proceedings, Creditors' Meetings, Hearings and Orders to Show Cause be sent to it in c/o:

LAW OFFICE OF DENA R. THALER
405 - 14th Street, Suite 511
Oakland, California 94607
Tel: (510) 465-8782
Fax: (510) 444-4294

Dated: November 4, 2009

                                                  /s/ Dena R. Thaler
                                                  DENA R. THALER, Attorney for
                                                  Creditor/Requesting Party