```
 1  PATRICK L. FORTE, #80050
    CORRINE BIELEJESKI, #244599
 2  LAW OFFICES OF PATRICK L. FORTE
    One Kaiser Plaza, #480
 3  Oakland, CA 94612
    Telephone: (510) 465-3328
 4  Facsimile: (510) 763-8354

 5  Attorneys for Debtor

 6

 7
                     UNITED STATES BANKRUPTCY COURT
 8
                     NORTHERN DISTRICT OF CALIFORNIA
 9
    In re:                              Case No. 09-49576 LJT
10
    MYRIAM VIN,                         Chapter 13
11
                 Debtor.
12                                      CORRECTED CERTIFICATE OF
                                        SERVICE
13                              /
```

    My place of business is in the County of Alameda; I am over the age of 18 years and not a party to the within action; my business address is One Kaiser Plaza, Suite 480, Oakland, CA 94612.

    On December 2, 2009 I served the within;

**Motion to Value Security of Bank of America under FRBP 3012; Notice and Opportunity to Request a Hearing; Memorandum of Points and Authorities in Support of Debtor's Motion to Value Lien; Declaration of Debtor in Support of Debtor's Motion to Value Lien**

on the below-named in this action by placing a true copy thereof in a sealed envelope with postage thereon fully paid in the United States Mail at Antioch, CA addressed as follows:

Attn: Officer
Bank of America N.A.
c/o Brice, Vander Linden & Wernick, P.C.
475 Crosspoint Parkway / P.O. Box 9000
Getzville, NY 14068

Thomas James Killian
c/o LAW OFFICE OF DENA R. THALER
405 – 14th Street, Suite 511
Oakland, CA 94607

GE Money Bank
c/o Recovery Management Systems Corp.
Attn: Ramesh Singh
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131-1605

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: December 2, 2009           /s/ Corrine Bielejeski
                                          CORRINE BIELEJESKI

Page 2 of 2

Case: 09-49576   Doc# 14   Filed: 12/02/09   Entered: 12/02/09 22:28:46   Page 2 of 2