1  STEVEN W. PITE (CA SBN 157537)
   JOHN D. DUNCAN (CA SBN 179560)
2  CASPER J RANKIN (CA SBN 249196)
   PITE DUNCAN, LLP
3  4375 Jutland Drive, Suite 200
   P.O. Box 17933
4  San Diego, CA 92177-0933
   Telephone: (858) 750-7600
5  Facsimile: (619) 590-1385

6  Attorneys for  CITIBANK, N.A., AS TRUSTEE FORCERTIFICATEHOLDERS OF
               BEARSTEARNS SECOND LIEN TRUST 2007-1, MORTGAGE-BACKED
7              CERTIFICATES, SERIES 2007-1

8

9                      **UNITED STATES BANKRUPTCY COURT**

10          **NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION**

11  In re                                    |  Case No. 09-49576

12  MYRIAM VIN ,                             |  Chapter 13

13         Debtor(s).                        |  **CITIBANK, N.A FOR SPECIAL
                                             |  NOTICE AND SERVICE OF PAPERS
14                                           |  AND RESERVATION OF RIGHTS**

15  TO:       UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR(S), AND ALL
              INTERESTED PARTIES
16

17          PLEASE TAKE NOTICE that the firm of PITE DUNCAN, LLP, attorneys for

18  CITIBANK, N.A., AS TRUSTEE FORCERTIFICATEHOLDERS OF BEAR STEARNS SECOND

19  LIEN TRUST 2007-1, MORTGAGE-BACKED CERTIFICATES, SERIES 2007-1 hereby requests

20  special notice of all events relevant to the above-referenced bankruptcy and copies of all pleadings

21  or documents filed in relation to the above-referenced bankruptcy, including all pleadings or notices

22  under Federal Rules of Bankruptcy Procedure, Rule 2002, the commencement of any adversary

23  proceedings, the filing of any requests for hearing, objections, and/or notices of motion, or any other

24  auxiliary filings, as well as notice of all matters which must be noticed to creditors, creditors

25  committees and parties-in-interest and other notices as required by the United States Bankruptcy

26  Code and Rules and/or Local Rules of the above-referenced bankruptcy court.

27          PITE DUNCAN, LLP, requests that for all notice purposes and for inclusion in the

28  Master Mailing List in this case, the following address be used:

/././

REQUEST FOR SPECIAL NOTICE

Casper J Rankin
PITE DUNCAN, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933

Neither this Request for Special Notice nor any subsequent appearance, pleading, claim, proof of claim, documents, suit, motion nor any other writing or conduct, shall constitute a waiver of the within party's:

a.  Right to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Court Judge;

b.  Right to receive service pursuant to Fed. R. Civ. P. 4 made applicable to the instant proceeding by Fed. R. Bankr. P. 7004, notwithstanding Pite Duncan, LLP's participation in the instant proceeding. This Request for Special Notice shall not operate as a confession and/or concession of jurisdiction. Moreover, the within party does not authorize Pite Duncan, LLP, either expressly or impliedly through Pite Duncan, LLP's participation in the instant proceeding, to act as its agent for purposes of service under Fed. R. Bankr. P. 7004;

c.  Right to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding the designation or not of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), and whether such jury trial right is pursuant to statute or the United States Constitution;

d.  Right to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and

e.  Other rights, claims, actions, defenses, setoffs, recoupments or other matters to which this party is entitled under any agreements at law or in equity or under the United States Constitution.

Dated: March 2, 2010                    PITE DUNCAN, LLP

/s/ Casper J Rankin
CASPER J RANKIN
Attorneys for CITIBANK, N.A., AS TRUSTEE FORCERTIFICATEHOLDERS OF BEARSTEARNS SECOND LIEN TRUST 2007-1, MORTGAGE-BACKED CERTIFICATES, SERIES 2007-1

REQUEST FOR SPECIAL NOTICE                    2

1

2    I, Gary Peng, am a resident of San Diego, California, and I am over the age of eighteen (18)

3    years, and not a party to the within action.  My business address is 4375 Jutland Drive, Suite 200;

4    P.O. Box 17933, San Diego, CA 92177-0933.

5    I served the attached REQUEST FOR SPECIAL NOTICE by placing a true copy thereof in

6    an envelope addressed to:

7    Patrick L. Forte
     Law Offices of Patrick L. Forte
     1 Kaiser Plaza #480

8    Oakland, CA 94612-3610

9    Myriam Vin
     24060 Alice Street

10   Hayward, CA 94541

11   Martha G. Bronitsky
     P.O. Box 5004

12   Hayward, CA 94540-5004

13   U.S. Trustee
     Department of Justice

14   1301 Clay St. #690N
     Oakland, Ca 94612

15

16

17   which envelope was then sealed and postage fully prepaid thereon, and thereafter on March 2, 2010,

18   deposited in the United States Mail at San Diego, California.  There is regular delivery service

19   between the place of mailing and the place so addressed by the United States Mail.

20   I certify under penalty of perjury that the foregoing is true and correct.

21   Dated: March 2, 2010                        /s/Gary Peng
                                                  GARY PENG

22

23

24

25

26

27

28