```
PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtor
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **Case No. 09-49576 RLE** |
| **MYRIAM VIN,** | **Chapter 13** |
| Debtor. | **OBJECTION TO CLAIM #3 OF BANK OF AMERICA, NA AND OPPORTUNITY FOR HEARING** |

The undersigned objects to allowance of Claim No. 3 filed by Bank of America, NA.

    (X)  For any amount from July 2011 and on.

    ( )  Except as an unsecured claim for $_____.

    ( )  Except as a secured arrearage claim for $_____.

    ( )  Except as an unsecured non-priority claim for $_____.

for the following reason:

Debtor modified her loan with Bank of America, NA which cured the mortgage arrears.

**PLEASE TAKE NOTICE:**

    (i)  That Local Rule 9014-1 of the United States Bankruptcy Court for the Northern District of California prescribes the procedures to be

followed and that any objection to the requested relief, or a request for hearing on the matter must be filed and served upon the undersigned within twenty one (21) days of mailing of this Notice;

    (ii)  That a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position;

    (iii)  That if there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; and

    (iv)  That the undersigned will give at least seven (7) days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

Dated: July 14, 2011           /s/ Patrick L. Forte  
                                           PATRICK L. FORTE  
                                           Attorney for Debtor