PATRICK L. FORTE, Bar #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtor

**The following constitutes
the order of the court. Signed October 25, 2011**

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **Case No. 09-49576 RLE** |
| **MYRIAM VIN,** | **Chapter 13** |
| Debtor. | **ORDER SUSTAINING OBJECTION TO CLAIM #3 OF BANK OF AMERICA, NA** |

Upon consideration of the Declaration Re Default On Objection To Claim and good cause appearing thereof;

IT IS HEREBY ORDERED that:

The default of Bank of America, NA is entered and the objection to Claim #3 is sustained.

Claim #3 filed on October 21, 2009, by Bank of America, NA is:

(X) Disallowed for any amount of secured arrearages from July 2011 and on.

( ) Allowed as an unsecured creditor for $5,091.21.

( ) Disallowed in its entirety.

***END OF ORDER***

**COURT SERVICE LIST**

**DEBTORS' ATTORNEYS**
Patrick L. Forte, Esq.
Anne Y. Shiau
One Kaiser Plaza, #480
Oakland, CA 94612


**CHAPTER 13 TRUSTEE**
Martha Bronitsky
Trustee
P.O. Box 5004
Hayward, CA 94540


U.S. TRUSTEE
1301 Clay St. #690N
Oakland, CA 94612


**CLAIMANT**
**Attn: Officer**
**Bank of America, NA**
**101 S Tryon Street**
**Charlotte, NC 28202**

**Attn: Officer or Managing Agent**
**Bank of America, NA**
**475 Crosspoint Parkway**
**PO Box 9000**
**Getzville, NY 14068**